UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



WILLIAM SHERWOOD JOHNSON (#99104)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 08-884-JJB-DLD

08-554

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 27, 2009 (doc. no. 9). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) without prejudice to any state law claim.

Baton Rouge, Louisiana, this 19th day of May, 2009.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA